UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ATKINS. ) | Case No. CV 07-706-CAS (OP) |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| ) | RECOMMENDATION OF |
| vs. ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| MICHAEL J. ASTRUE,[1] ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Judgment be entered: (1) the District Court issue an Order: (a) approving and adopting this Report and Recommendation; (b) affirming the Commissioner's final decision and directing that Judgment be entered dismissing this action with prejudice.

DATED: November 24, 2008

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge