JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. ATKINS, <br> Plaintiff, <br> v. <br> MICHAEL J. ASTRUE,[1] <br> Commissioner of Social Security, <br> Defendant. | Case No. CV 07-706-CAS (OP) <br><br> JUDGMENT |

Pursuant to Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS ADJUDGED that Judgment be entered (1) the District Court issue an Order: (a) approving and adopting this Report and Recommendation; (b) affirming the Commissioner's final decision and directing that Judgment be entered dismissing this action with prejudice.

DATED: November 24, 2008

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge